UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff(s),                    No. CR-05-00651-CW

    v.                                **ORDER VACATING BAIL REVIEW HEARING DATE**

KIM DRAGO,

       Defendant(s).
_____/

    Having been notified by Pretrial Services Officer Allen Lew that the above named defendant has reconsidered and is willing to continue with her treatment at Marin Services for Women, it is hereby ORDERED that the Bail Review Hearing that was set by this Court for **Thursday, January 12, 2006 at 10:00 a.m.** is VACATED.

    IT IS SO ORDERED.

Dated: January 11, 2006

                                               _____
                                               WAYNE D. BRAZIL
                                               United States Magistrate Judge

cc: WDB's files, Copies to all parties via ECF, Pretrial Services, Sheilah

caption.frm                  1