# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: **CR 05-00651 CW** |
| ) | |
| **Kim Drago** ) | |
| ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____September 25, 2006_____ be continued until ____December 18, 2006____ at _____2:30 p.m._____ .

Date: __9/21/06__

Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04