SHANA KEATING
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
415/567-9422
fax 776-8047
SBN 160900

Attorney for Defendant
KIMBERLY DRAGO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00651-04 CW |
| Plaintiff, | STIPULATION TO MOVE UP SENTENCING HEARING |
| vs. | |
| KIMBERLY DRAGO, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

The motions/sentencing hearing originally set for December 18, 2006, is vacated and hereby re-scheduled for December 11, 2006 at 2:30 p.m.  The earlier date has become available due to counsel's re-arrangement of family medical matters.

Counsel has contacted the U.S. probation officer in this matter, and she has indicated that she is available on that date, and will already be in the courtroom as the co-defendant is scheduled for sentencing that day as well.

1    For these reasons the parties stipulate that the currently scheduled sentencing be

2  vacated and re-scheduled for December 11, 2006 at 2:30 p.m.

3

4  DATED:                                    Respectfully submitted,

5                                            _____
                                            SHANA KEATING
6                                            Attorney for Defendant
                                            KIMBERLY DRAGO
7

8  DATED:                                    _____
                                            KIRSTIN AULT
9                                            Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF COUNSEL

I, SHANA KEATING, state and declare as follows:

I am an attorney licensed to practice in the state of California and the attorney of record for Kimberly Drago in the above-entitled matter.

When this matter was originally scheduled for December 18, 2006 no earlier date could be found that was convenient to the schedules of the Court, counsel and the U.S. Probation Office.   The Court indicated that it wished to sentence Ms. Drago on an earlier date if one should come available.   Since that time, counsel for Ms. Drago has had a shifting in her calendar, and now the date of December 11, 2006 has become available. Counsel was able to re-schedule other matters and now has that date fully available.

Counsel for the prosecution and the United States Probation Officer have both indicated that they are available on December 11, 2006, and in fact will already be before this court on that date, as Ms. Drago's co-defendant, Michael Downey, is being sentenced before this court that day.

Counsel for Ms. Drago has likewise checked with the court clerk who indicated that December 11, 2006 is a convenient date for the court as well.

Therefore, it appears that December 11, 2006 is a more convenient time for all interested parties, as well as accomplishing the Court's goal of sentencing Ms. Drago at the earliest possible date.   For this reason, it is respectfully requested that the current sentencing date be vacated, and that sentencing be moved up to December 11, 2006 at 2:30 p.m.

I state and declare that the foregoing is true and correct to the best of my belief except as to those matters stated on information and belief, and as to those I believe them to be true.  This declaration is executed this 20th day of November, 2006 in San Francisco, California.

_____

SHANA KEATING, Esq.

1

2

3

4

5

6

7

8

9

10                         UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12

UNITED STATES OF AMERICA,                    Case No. CR 05-00651-04 CW

13                    Plaintiff,              ORDER

14    vs.

15

16    KIMBERLY DRAGO,

17                    Defendant.
      _____/

18

19           GOOD CAUSE APPEARING: it is hereby ordered that the sentencing hearing

20    previously scheduled for December 18, 2006 is vacated.  The new sentencing date will be

21    December 11, 2006, at 2:30 p.m..

22                                            _Claudia Wilken_

23    DATED:      12/7/06              _____

24                                            HON. WILKEN

25                                            United States District Judge

26

27

28